FERRY & COMPANY *v.* MATTOX & TURNER.

FISH, J. Where the verdict rendered in a justice's court was not demanded by the law and the evidence, the Supreme Court will not interfere with the first grant of a new trial upon a petition for certiorari containing general grounds, when it does not appear that the certiorari was sustained and the new trial granted upon any special ground. *Cox* v. *Snell*, 77 *Ga.* 469 ; *Savannah Railway* v. *Fennell*, 100 *Ga.* 474 ; *Boggs Plow Co.* v. *Biggers*, 105 *Ga.* 471. *Judgment affirmed. By five Justices.*

Submitted May 6,—Decided June 1, 1903.

Certiorari. Before Judge Holden. Elbert superior court. September 12, 1902.

*Z. B. Rogers,* for plaintiffs.